An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEISHAWN CRANFORD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66297

**FILED**

NOV 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for return of property. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule provides for an appeal from such an order, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). In response, appellant concedes there is "a lack of explicit statutory grant of jurisdiction," but urges this court to "liberally construe its jurisdiction" within the "general jurisdiction claims as a matter of policy and consistency" and "consider the unique matter of a failure to return property absent forfeiture." We cannot do so. *See id.* We therefore conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37795

cc:   Hon. Elissa F. Cadish, District Judge
Law Office of Kristina Wildeveld
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk